DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JONATHAN HENRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-2795

_____

June 14, 2024

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Howard L. Dimmig, II, Public Defender, and William L. Sharwell, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.